1
2
3
4
5
6
7

8                              **UNITED STATES DISTRICT COURT**

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    JOE ANTHONY GONZALES,                        Case No. 1:14-cv-01181 AWI DLB PC

12                    Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DISMISSING
13        v.                                        NONCOGNIZABLE CLAIM

14    H. TATE, et al.,                              (Document 12)

15                    Defendants.

16

17          Plaintiff Joe Anthony Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in

18    forma pauperis in this civil rights action.  Plaintiff filed this action on July 29, 2014.  The matter was

19    referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20    302.

21          On February 12, 2015, the Magistrate Judge issued Findings and Recommendations that this

22    action go forward against Defendants Tate, Shiesha, Longcrier and Lewis for violation of the Eighth

23    Amendment, and that the Fourteenth Amendment claim be dismissed for failure to state a claim.

24    The Findings and Recommendations were served on Plaintiff and contained notice that any

25    objections must be filed within thirty (30) days.  Plaintiff has not filed objections.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de

27    novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

28    Recommendations to be supported by the record and by proper analysis.

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed February 12, 2015, are adopted in full;

2.      This action SHALL go forward against Defendants Tate, Shiesha, Longcrier and

Lewis for violation of the Eighth Amendment; and

3.      Plaintiff's Fourteenth Amendment claim is DISMISSED for failure to state a claim.

IT IS SO ORDERED.

Dated:   April 14, 2015                                              _____

                                                  SENIOR   DISTRICT   JUDGE

2